UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VANESSA THOMAS,**

    **Plaintiff,**

vs.

**LUXOTTICA OF AMERICA INC.**
**d/b/a LENSCRAFTERS,**

    **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Vanessa Thomas, hereinafter referred to as ("Plaintiff") by and through her undersigned attorneys, sues the Defendant, Luxottica of America Inc. d/b/a LensCrafters hereafter referred to as ("Defendant") and alleges as follows:

### JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 because this civil action arises under the Constitution, laws, or treaties of the United States.

2.    Venue lies within the United States District Court for the Middle District of Florida, Tampa Division, in accordance with 28 U.S.C. § 1391(b) because Plaintiff resides in this Judicial District and because a substantial part of the events giving rise to this claim occurred in this Judicial District.

1

## PARTIES

3. Plaintiff is a resident of Pasco County, Florida.

4. Defendant is a foreign corporation, licensed and authorized to conduct business in the State of Florida and doing business in Pinellas County, Florida.

## GENERAL ALLEGATIONS

5. At all times material, Plaintiff was qualified to perform her job duties within the legitimate expectations of her employer.

6. Plaintiff has been required to retain the undersigned counsel to represent her in this action and is obligated to pay them a reasonable fee for their services.

7. Plaintiff requests a jury trial for all issues so triable.

## FACTS

8. Plaintiff began her employment with Defendant on or about 2014.

9. In 2021 when Plaintiff returned from an FMLA protected pregnancy leave she was assigned a new Regional Manager.

10. Plaintiff suffers from a serious health condition.

11. During her nearly ten years of employment Plaintiff had never had any disciplinary action pursuant to the company's policy.

12. In March 2023, Plaintiff applied for a medical leave of absence due to

her serious health condition.

13. On May 1, 2023, Plaintiff returned from her leave of absence and was immediately suspended and then two days later she was terminated.

14. Plaintiff was terminated for two purported reasons, first, because the safe was left unlocked by someone while she was out on her leave. And second because she purportedly would occasionally leave or enter her store location through the back entrance.

## COUNT I
## FAMILY MEDICAL LEAVE ACT – INTERFERENCE

15. Plaintiff realleges and adopts the allegations stated in Paragraphs one – fourteen.

16. Defendant's actions interfered with Plaintiff's rights under the FMLA.

17. Defendant's actions constitute violations of the FMLA.

18. As a result of Defendant's unlawful actions Plaintiff has suffered damages.

WHEREFORE, Plaintiff prays for judgment against Defendant for the following damages:

    a. Back pay and benefits;

    b. Interest;

    c. Liquidated damages;

      d.     Attorney's fees and costs;

      e.     Equitable relief;

      f.     Such other relief as is permitted by law.

## COUNT II
### (FMLA DISCRIMINATION/RETALIATION)

19. Plaintiff realleges and adopts the allegations stated in Paragraphs one – fourteen.

20. Defendant retaliated against Plaintiff for asserting her FMLA rights.

21. Defendant's actions constitute violations of the FMLA.

22. As a result of Defendant's actions Plaintiff has suffered damages.

WHEREFORE, Plaintiff respectfully requests all legal and equitable relief allowed by law including judgment against Defendant for prejudgment interest, payment of reasonable attorneys' fees and costs incurred in the prosecution of the claim and such other relief as the Court may deem just and proper.

Dated this 21st day of August 2023.

                  FLORIN|GRAY

                  /s/Wolfgang M. Florin
                  Wolfgang M. Florin
                  Florida Bar No. 907804
                  wolfgang@floringray.com
                  Christopher D. Gray
                  Florida Bar No.: 0902004

chris@floringray.com  
16524 Pointe Village Drive, Suite 100  
Lutz, FL 33558  
Telephone (727) 220-4000  
 Facsimile (727) 483-7942  
Attorneys for Plaintiff